1  Anthony W. Kandare, *pro se*
2  1643 Shadyside Drive
3  Edgewater, MD 21037
4  awkandare@gmail.com



**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA,
EASTERN DIVISION**

EDCV19-02113 JGB (KKx)

JOANNE GILLIES,
      Petitioner,

VALERIE KANDARE,
      Protected Person,

   v.

ANTHONY KANDARE,
      Respondent.

Civil Action No.: TBA

---

### NOTICE OF REMOVAL

To the Clerk of the United States District Court for the Central District of California, Eastern Division:

RESPONDENT (Defendant), Anthony W. Kandare, files this Notice of Removal under 28 USC §§ 1441, 1446 and Federal Rules of Civil Procedure, Rule 81(c). This removal is for a <u>civil action</u> falling under the <u>concurrent</u> jurisdiction of the probate court of a state superior court, which is strictly limited to asserting *in personam* jurisdiction over Respondent <u>without</u> sounding in probate. The case

does not include a decedent nor involve probate of an estate, and there is no *in rem* jurisdiction of property at issue.  Thus, it does <u>not</u> fall within the probate exception for federal jurisdiction.

In accordance with *Marshall v. Marshall* ( 547 U.S. 293 (2006)) as clarified in *Goncalves v. Rady Children's Hosp. San Diego* (865 F.3d 1237 (9th Cir. 2017)), "In sum, the probate exception prevents a federal court from probating a will, administering a decedent's estate, or disposing of property in the custody of a state probate court." *Goncalves* at 1252.  Otherwise, as discussed further below, *Goncalves* establishes that concurrent jurisdiction over civil actions by a probate court beyond the identified matters of *Marshall* 'sounding in probate' fall outside the probate exception.

In the present case, there is no decedent.  Petitioner does <u>not</u> seek to probate an estate nor assume *in rem* jurisdiction reach over property that is in the custody of the probate court.  Thus, the present action falls outside of the probate exception even though initially heard by a probate court.  In addition, the present case involves important federal issues and concerns that make it appropriate for removal to federal court.

## STATEMENT OF FACTS ENTITLING DEFENDANT TO REMOVAL

**1. State Action** - The action pending in the Superior Court of the State of

1   California in and for the City of Temecula, County of Riverside, entitled IN RE:

2   VALERIE KANDARE, Docket No. PRMC1900930, was commenced on

3   September 17, 2019.

4   **2. Documents** - Copies of the pleadings and other papers served on the removing

5   Respondent in the above-described action are appended to this Notice of Removal

6   as required by 28 USC § 1446.

7   **3. Diversity Jurisdiction** - As the appended record demonstrates, the action

8   pending in the state court is a civil action within the original diversity jurisdiction

9   of the federal district courts under 28 USC § 1332(a), because there is complete

10  diversity of citizenship between the litigants, and the amount in controversy

11  exceeds $75,000.

12      a. CITIZENSHIP.  Petitioner, Joanne Gillies, is a citizen of the State of

13  California, and Protected Person, Valerie Kandare, is a citizen of the

14  Commonwealth of Virginia, while Respondent, Anthony Kandare, is a citizen of

15  the State of Maryland.

16      b. AMOUNT IN CONTROVERSY. The amount in controversy in the action

17  exceeds $75,000 exclusive of interest and costs in that Petitioner knowingly and

18  falsely alleges Respondent has financially abused the Protected Person in the

19  amount of $80,950 in recent years, and further knowingly and falsely alleges

20  Respondent has borrowed $300,000 in previous years without repayment from the

Protected Person and her deceased husband.

c. SERVICE OF PROCESS.  Respondent was served in the action on October 15, 2019.

**4. No Defendant is CA Citizen** - Because the state court action is one within the diversity jurisdiction of the federal district courts, the action is removable to federal court under 28 USC § 1441(a) and (b), because no defendant is a citizen of the State of California.

**5. Jurisdiction & Venue** - Removal to this district court is proper under 28 USC § 1441(a) because the Temecula Court of Superior Court of Riverside County, CA, is geographically located within the district of the Central District Court of California.

**6. Timeliness** - Removal is timely under 28 USC § 1446(b) because this Notice of Removal is filed within 30 days of service of process on the sole diverse Respondent.  Removal is also timely because this Notice of Removal is filed not more than one year after the action was commenced in the state court.

**7. Authorization of All Defendants** - Removal is proper under 28 USC § 1446(b) because Respondent is the sole defendant in this action, and is the removing party filing this Notice of Removal and authorizing the same.

**8. Outside the Scope of the Probate Exception** - This removal is for a non-probate civil action falling under the concurrent jurisdiction of a probate court,

1   which strictly concerns asserting *in personam* jurisdiction over Respondent.  The

2   action fails to sound in probate in that it lacks a decedent, fails to probate an estate,

3   and excludes *in rem* jurisdiction over property in custody of the probate court.

4   Thus, in accordance with *Marshall v. Marshall*, 547 U.S. 293, 311-12 (2006) as

5   further clarified in *Goncalves v. Rady Children's Hosp. San Diego* 865 F.3d 1237

6   (9th Cir. 2017) (hereinafter "*Goncalves*"), the present claim does <u>not</u> fall within the

7   probate exception of federal jurisdiction.  Further, the present action raises

8   important federal issues and concerns regarding bias and disadvantages for the out-

9   of-state Respondent in state court, which makes it appropriate for removal to

10   federal district court.

11       A.  NOT WITHIN PROBATE EXCEPTION - As noted above, there is no

12   decedent in the present case, and Petitioner is <u>not</u> seeking to probate an estate or

13   assume *in rem* jurisdiction over property that is in the custody of a probate court

14   (nor is any corresponding estate or real property located within CA).  The present

15   action arises under the Welfare and Institutions (WIC) Code of California (a.k.a.

16   "Probate Code"), and specifically CA WIC Code §15657.3(a) (Civil Actions for

17   Abuse of Elderly or Dependent Adults).  However, it is for a <u>civil action</u> that falls

18   within the concurrent jurisdiction of the probate court of a superior court without

19   'sounding in probate.'  In particular, the action seeks a protective order for an

20   elderly adult without implicating probate issues.

1    CA WIC Code §15657.3(a), *inter alia*, recites:

2    > The department of the superior court <u>having jurisdiction over probate</u>
3    > <u>conservatorships</u> shall also have <u>concurrent jurisdiction</u> over <u>civil</u>
4    > <u>actions</u> and proceedings involving a claim for … <u>the abuse</u> of an
5    > elderly or dependent adult, <u>if a conservator has been appointed</u> for the
6    > plaintiff <u>prior to the initiation of the</u> <u>action</u> for abuse.

7    Emphasis added.  Presumably, the cited CA WIC Code provides concurrent

8    jurisdiction for reasons such as judicial economy and court expertise, but the

9    state's organizational choice to provide concurrent jurisdiction does not create a

10   *prima facie* basis for a case to fall within the probate exception for federal

11   jurisdiction.

12       *Goncalves* is likewise derived from CA Probate Code authorizing the

13   superior court to supervise matters involving a dependent as "concurrent

14   jurisdiction," which failed to 'sound in probate.'  *Goncalves* lacked a decedent,

15   included no issues for probating an estate, and failed to involve *in rem* jurisdiction

16   over property in custody of the probate court.  With respect to the probate court's

17   concurrent jurisdiction, the *Goncalves* court clearly stated, "Even though the

18   Superior Court's authority to supervise Goncalve's settlement derives from the

19   California Probate Code, there is <u>nothing in this case that sounds in probate</u>.  There

20   is <u>no will or estate</u> – indeed, there is <u>no decedent</u>."  Emphasis added.  *Goncalves* at

21   1253.  The *Goncalves* court continued, "And we do not believe that the <u>probate</u>

1    exception to federal jurisdiction can rest on the ways in which California chooses

2    to organize its code." *Id.*

3          In the present case, the Superior Court's authority to consider abuse claims

4    of an elderly adult is organized under the concurrent jurisdiction of the court that

5    has jurisdiction over probate conservatorships, but the concurrent jurisdiction alone

6    does not make the civil action a probate matter, and there is nothing in the present

7    case that 'sounds in probate.'  The present action is a petition for a restraining

8    order purportedly for the protection of an elderly person who visited her daughter

9    in CA and has been retained thereafter against her will, which is based on

10   allegations of financial abuse including amounts in controversy well over $75,000.

11   The action also includes questionable claims of medical diagnoses for incapacity of

12   the elderly person to overcome the deficiency of a court appointment for a

13   conservator or an attorney-in-fact as required under the statute.

14         There is no decedent, no issues for probating an estate, and no *in rem*

15   jurisdiction over property in custody of the probate court.  The present action is

16   merely a civil action falling within the concurrent jurisdiction of a probate court.

17   Thus, the present matter is not a probate matter for purposes of the exception, does

18   not fall within the probate exception for federal jurisdiction, and can be removed to

19   federal district court.

20         B.  FEDERAL ISSUES AND CONCERNS – Further, the present case

1    involves important federal issues identified in the state court filings that make it

2    appropriate for removal to federal district court, such as a foreign state's ability to

3    assert *in personam* jurisdiction over a non-resident lacking minimum contacts with

4    the forum state, and potential due process violations of the 14th Amendment of the

5    U.S. Constitution.  In addition, the present case includes federal concerns

6    appropriate for removal including the likelihood of bias or disadvantage to the out-

7    of-state Respondent.

8

9    Dated: November 1, 2019          Respectfully submitted,

10

11

12                                   Anthony W. Kandare

13                                   Respondent, *pro se*

**EA-100**

# Request for Elder or Dependent Adult Abuse Restraining Orders

Read *Can an Elder or Dependent Adult Abuse Restraining Order Help Me?*
(form EA-100-INFO) before completing this form. Also fill out *Confidential
CLETS Information* (form CLETS-001) with as much information as you
know.

Clerk stamps date here when form is filed.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 17 2019

S. Cribbs

**① Elder or Dependent Adult in Need of Protection**

Full Name: Valerie Kandare

Sex: ☐ M  ☑ F  Age: 82

**② Person From Whom Protection Is Sought**

Full Name: Anthony Wesley Kandare

Address *(if known)*: 1643 Shady Side Dr.

City: Edgewater                State: MD  Zip: 21037

Fill in court name and street address:

Superior Court of California, County of
Riverside
41001 County Center
Temecula, CA 92591

**③ Person Requesting Order**

Who is asking the court for protection? *(Check a, b, or c):*

a. ☐ The elder or dependent adult named in ①.

b. ☐ Name: _____

conservator of the ☐ person ☐ estate ☐ person and estate
of the person named in ① , appointed by *(name of court):* _____

Case No.: _____

c. ☑ Other *(name)* Joanne Gillies - Power of Attorney

*(Show this person's legal authority to make this request on an attached sheet of paper. Write "Attachment
3c—Information About Person Requesting Protective Order" for a title. You may use form MC-025,
Attachment.)*

Court fills in case number when form is filed.

Case Number:
**PRMC1900930**

**④ Contact Information**

Contact information for the person asking the court for protection

a. Your Lawyer *(if you have one for this case)*

Name: Rachel King                State Bar No.: 300298

Firm Name: King Law Firm Attorneys at Law, Inc.

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to
keep your home address private, you may give a different mailing address instead. The person in ① does not
have to give telephone, fax, or e-mail.)*

Address: 25109 Jefferson Ave., Suite 215

City: Murrieta                State: CA  Zip: 92562

Telephone: 951-834-7715        Fax: 951-319-7129

E-Mail Address: rachel@thelawyerking.com

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Welfare & Institutions Code, § 15657.03
Code of Civil Procedure, § 527.9

**Request for Elder or Dependent Adult Abuse
Restraining Orders**
(Elder or Dependent Adult Abuse Prevention)

EA-100, Page 1 of 8

Case Number:
**PRMC1900930**

(5) **Description of Protected Person**

The person named in (1) *(check a or b):*

a. ☐ Is age 65 or older and a resident of California.

b. ☑ Is a resident of California and an adult under age 65. This person has physical or mental limitations that restrict his or her ability to carry out normal activities or to protect his or her rights. *(Briefly describe limitations on the attached sheet of paper or form MC-025. Write "Attachment 5b—Description of Protected Person" for a title.)*

(6) **Additional Protected Persons**

a. Are you asking for protection for any other family or household members or for the conservator of the elder or dependent adult listed in (1)? ☑ Yes ☐ No *(If yes, list them):*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Jeffrey Gillies | M | 58 | ☑ Yes ☐ No | Son in Law |
| Joanne Gillies | F | 57 | ☑ Yes ☐ No | Daughter |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ Check here if there are more persons. Attach a sheet of paper and write "Attachment 6a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.

b. Why do these people need protection? *(Explain below):*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 6b—Why Others Need Protection" for a title.

Please see attached declaration.

(7) **Relationship of Parties**

How does the person in (1) know the person in (2)? *(Explain below):*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7—Relationship of Parties" for a title.

Restrained party is protected parties son.

(8) **Venue**

Why are you filing in this county? *(Check all that apply):*

a. ☐ The person in (2) lives in this county.

b. ☑ The person in (1) was abused by the person in (2) in this county.

c. ☐ Other *(specify):* _____

**This is not a Court Order.**

Case Number: PRMC1900930

**9** **Other Court Cases**

a. Has the person in ① or any of the persons named in ⑥ been involved in another court case with the person in ② ? ☑ No ☐ Yes *(If yes, specify the kind of each case and indicate where and when each was filed):*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ | Elder or Dependent Adult Abuse | | | |
| (2) ☐ | Civil Harassment | | | |
| (3) ☐ | Domestic Violence | | | |
| (4) ☐ | Divorce, Nullity, Legal Separation | | | |
| (5) ☐ | Paternity, Parentage, Child Custody | | | |
| (6) ☐ | Eviction | | | |
| (7) ☐ | Guardianship | | | |
| (8) ☐ | Workplace Violence | | | |
| (9) ☐ | Small Claims | | | |
| (10) ☐ | Criminal | | | |
| (11) ☐ | Other *(specify):* | | | |

b. Are there now any protective or restraining orders in effect relating to the person in ① or any of the persons named in ⑥ and the person in ② ? ☐ No ☐ Yes *(If yes, attach a copy if you have one.)*

**10** **Description of Abuse**

a. Abuse means either:

(1) Physical abuse, neglect, financial abuse, abandonment, isolation, abduction, or other treatment with resulting physical harm or pain or mental suffering; or

(2) The withholding by a caretaker of goods or services that are necessary to avoid physical harm or mental suffering.

b. Tell the court about the last time the person in ② abused the person in ①.

(1) When did it happen? *(Provide date or estimated date):* Please see attached declaration.

(2) Who else was there?
Please see attached declaration.

(3) Describe what happened below.
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 10b(3)—Describe Abuse" for a title.*
Please see attached declaration.

(4) Was the abuse **solely financial abuse** unaccompanied by force, threat, harassment, intimidation, or any other form of abuse?
☑ Yes, only financial abuse. ☐ No, the abuse included other forms of abuse described above.

**This is not a Court Order.**

**Request for Elder or Dependent Adult Abuse Restraining Orders**
(Elder or Dependent Adult Abuse Prevention)

EA-100, Page 3 of 8

Case Number: PRMC1900930

**(10)** b. (5) Did the person in ② use or threaten to use a gun or any other weapon?

☐ Yes  ☑ No  *(If yes, explain below):*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 10b(5)—Use of Weapons" for a title.

_____
_____
_____
_____

(6) Was the person in ① harmed or injured as a result of the acts of abuse described above?

☐ Yes  ☑ No  *(If yes, explain below):*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 10b(6)—Harm or Injury" for a title.

_____
_____
_____
_____

(7) Did the police come?  ☐ Yes  ☑ No

If yes, did they give the person in ① or the person in ② an Emergency Protective Order?  ☐ Yes  ☐ No

If yes, the order protects *(check all that apply):*

☐ the person in ①   ☐ the person in ②   ☐ the persons in ⑥ .

*(Attach a copy of the order if you have one.)*

c. Is the person in ② a care custodian who deprived the person in ① of (kept from him or her, did not allow him or her to have or receive, or did not provide him or her with) goods or services that the person needed to avoid physical harm or mental suffering?  ☐ Yes  ☑ No

*(If yes, describe below what the person was deprived of and how that affected him or her):*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 10c—Deprivation by Care Custodian" for a title.

_____
_____
_____

d. Has the person in ② abused the person in ① at other times?

☑ Yes  ☐ No  *(If yes, describe prior incidents and provide dates below):*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 10d—Previous Abuse" for a title.

Please see attached declaration.

_____
_____
_____
_____
_____

**This is not a Court Order.**

**Request for Elder or Dependent Adult Abuse Restraining Orders**
**(Elder or Dependent Adult Abuse Prevention)**

EA-100, Page 4 of 8

Case Number:

**PRMC1900930**

**Check the orders you want.** ☐

(11) ☑ **Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to the person in ① or to any person to be protected listed in ⑥:

a. ☑ Physically abuse, financially abuse, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, harass, destroy the personal property of, or disturb the peace of the person.

b. ☑ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☐ Other *(specify):*
   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11c—Other Personal Conduct Orders," for a title.*
   _____
   _____
   _____

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

(12) ☑ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least **100** yards away from *(check all that apply):*

   (1) ☑ The elder or dependent adult in ① .
   (2) ☑ The persons in ⑥.
   (3) ☑ The home of the elder or dependent adult.
   (4) ☑ The job or workplace of the elder or dependent adult.
   (5) ☑ The vehicle of the elder or dependent adult.
   (6) ☐ Other *(specify):* _____
   _____

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?   ☑ Yes  ☐ No  *(If no, explain below):*
   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12b—Stay-Away Orders," for a title.*
   _____
   _____
   _____
   _____

**This is not a Court Order.**

**Request for Elder or Dependent Adult Abuse**
**Restraining Orders**
**(Elder or Dependent Adult Abuse Prevention)**

Case Number: **PRMC1900930**

**(13)** ☐ **Move-Out Order**

I ask the court to order the person in ② to move out from and not return to the residence at *(address):*

The person in ① will suffer physical or emotional harm if the person in ② does not leave the residence. The person in ② is not named in the title or lease of the residence, either alone or with others beside the person in ①.

☐ I ask for this move-out order right away to last until the hearing, because:

a. The person in ② assaulted or threatened the person in ① ; and

b. The person in ① has the right to live at the above residence. *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 13b—My Right to Residence," for a title.*

_____

_____

_____

_____

**(14)** **Guns or Other Firearms and Ammunition**

Does the person in ② own or possess any guns or other firearms? ☑ Yes ☐ No ☐ I don't know

*Unless the abuse is only financial, if the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a gun dealer, any guns or firearms within his or her immediate possession or control.*

**(15)** ☑ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form EA-110, *Temporary Restraining Order,* for the court's signature together with this *Request.*

Has the person in ② been told that you were going to go to court to seek a TRO against him/her?

☑ Yes ☐ No *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15—Temporary Restraining Order" for a title.*

_____

_____

_____

**(16)** ☐ **Request to Give Less Than Five-Days' Notice of Hearing**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form EA-200-INFO explains What Is "Proof of Personal Service"? Form EA-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why on the next page:

**This is not a Court Order.**

Case Number:
**PRMC1900930**

(16) ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Request to Give Less Than Five-Days' Notice" for a title.*

_____

_____

(17) **No Fee to Serve Orders** *If you want the sheriff or marshal to serve (notify) the person in* (2) *about the orders for free, ask the court clerk what you need to do.*

(18) ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my   ☐ lawyer's fees   ☐ court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 18—Lawyer's Fees and Costs" for a title.*

(19) ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That the person in (1) be given the sole possession, care, and control of the animals listed below, which he/she owns, possesses, leases, keeps, or holds, or which reside in his/her household. *(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

_____

_____

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 19a—Possession of Animals" for a title.*

_____

_____

_____

_____

b. ☐ That the person in (2) must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**This is not a Court Order.**

**Request for Elder or Dependent Adult Abuse
Restraining Orders**
(Elder or Dependent Adult Abuse Prevention)

Case Number:
**PRMC1900930**

⑳ ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 20—Additional Orders Requested," for a title.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

㉑ Number of pages attached to this form, if any: _____

see electronic signature

Date: _____

**Rachel King**
*Lawyer's name (if any)*                    *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: _____

see electronic signature

**Joanne Gillies**
*Type or print your name*                    *Signature of person filling out this request*

**This is not a Court Order.**

**Request for Elder or Dependent Adult Abuse Restraining Orders**
**(Elder or Dependent Adult Abuse Prevention)**

EA-100, Page 8 of 8

DocuSign Envelope ID: 39AAC9D7-9F32-42A3-80B0-57FC010FFF46

Case Number:
**PRMC1900930**

(20) ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*.

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 20—Additional Orders Requested," for a title.*

_____

(21) Number of pages attached to this form, if any: _____

Date: 9/17/2019
_____

**Rachel King**
*Lawyer's name (if any)*

DocuSigned by:
*Rachel King*
6CEB207DEAE0445...
*Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 9/17/2019
_____

**Joanne Gillies**
*Type or print your name*

DocuSigned by:
*Joanne*
*Signature of person filling out this request*

**This is not a Court Order.**

Revised January 1, 2019

**Request for Elder or Dependent Adult Abuse
Restraining Orders
(Elder or Dependent Adult Abuse Prevention)**

EA-100, Page 8 of 8

EA-100 Recent and Previous Abuse

I, Joanne Gillies, declare as follows:

I am the attorney-in-fact for the Petitioner in the herein matter (see Exhibit A attached hereto and incorporated herein by reference). I know the following facts to be true from my own personal knowledge, except for those facts which are stated on information and belief, and as to facts, I believe them to be true. I could and would competently testify under oath to each fact stated, if requested to do so.

Description of Abuse

On 09/12/2019 I contacted Adult Protective Services to report the financial elder abuse done to my mother by Anthony Kandare. My mother lacks the capacity to make financial decisions (see Exhibit B attached hereto and incorporated herein by reference) and has been taken advantage of, financially, by Anthony Kandare.

On 09/11/2019 It was brought to my attention Anthony Kandare may have an Adderall addiction and access to make transfers from our mother's account, into his own account, without her permission.

On 09/09/2019 Anthony Kandare demanded my mother give him her social security number. I witnessed as Anthony Kandare refused to tell my mother why he needed her social and also witnessed my mother, in her incapacitated state, provide Anthony with her social security number. Anthony went on to request our mother have his friend manage her finances. When my mother declined Anthony continued to press her to make his friend her financial manager and ceased only when she said they would discuss it at another time, because she was experiencing back pain.

On 09/03/2019 Anthony Kandare threatened to remove my mother from my home after my other siblings and I expressed our concerns with his continuous requests for money from our mother's savings account. The requests have totaled in excess of $70,000.00 since our father passed away in 2018. Prior to his death our father banned Anthony from borrowing money from our mother after discovering they had given Anthony more than $300,000.00 over several years.

On September 3, 2019 I overheard my mother giving her credit card information to Anthony Kandare.

On August 6, 2019 Anthony requested and received $500.00 from our mother.

On August 5, 2019 Anthon requested and received $1,000.00 from our mother.

On August 4, 2019 Anthony called our mother and convinced her to give him $300.00.

On July 11, 2019 Anthony called our mother and convinced her to give him $350.00.

On or about the beginning of July 2019 **my mother voiced concern, to me, over Anthony's constant requests for money.** She said his requests were beginning to weigh heavily on her and wanted my advice for what she should do. **She said she was not strong enough to tell Anthony "No".**

On June 28, 2019 Anthony called our mother and convinced her he desperately needed $1,000.00.

On June 27, 2019 Anthony called our mother and convinced her he desperately needed $1,000.00.

On June 9, 2019 Anthony called our mother and convinced her he desperately needed $1,000.00.

On June 2, 2019 Anthony called our mother and convinced her he needed $300.00.

On March 5, 2019 Anthony convinced our mother he needed $500.00.

On March 4, 2019 Anthony convinced our mother he desperately needed $1,000.00.

On February 22, 2019 Anthony convinced our mother to allow him to borrow $4,000.00 from her savings account. These funds have not been repaid.

///

1

Dated: September 16, 2019

2

3

4 _____

see electronic signature

Joanne Marie Gillies

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Dated: September 16, 2019
2
3
4                                                Joanne Marie Gillies
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

# DURABLE POWER OF ATTORNEY
## FOR

## VALERIE L. KANDARE

# EXHIBIT
A

# POWER OF ATTORNEY

## ARTICLE I
## APPOINTMENT OF ATTORNEY-IN-FACT

I, **Valerie L. Kandare**, of Virginia Beach, Virginia, appoint my son **Wesley P. Kandare**, and my daughter, **Joanne M. Gillies**, either of whom may act independently of the other hereunder, as my Attorneys-in-Fact ("Attorney-in-Fact") for the purposes set out below. My Attorney-in-Fact shall have the right to appoint without court order a successor individual or corporate Attorney-in-Fact in a writing signed by the Attorney-in-Fact and acknowledged before a notary public which states the event or events upon which the successor Attorney-in-Fact shall act. If Wesley P. Kandare is unable or unwilling to serve as my Attorney-in-Fact and no successor Attorney-in-Fact is appointed by Wesley P. Kandare, then I appoint my son, **Charles G. Kandare**, to serve as my Attorney-in-Fact, with all powers and authority as if appointed by me in the first instance. I hereby revoke any and all powers of attorney executed by me prior to the date hereof and I hereby terminate the authority of all agents under any such powers of attorney executed by me prior to the date hereof.

## ARTICLE II
## GENERAL GRANT OF POWERS TO ATTORNEY-IN-FACT

I grant to my Attorney-in-Fact the power to do and perform in a fiduciary capacity, as my Attorney-in-Fact may deem advisable, any act of any character which I might do or perform for myself if personally present and acting, including, but not limited to, the specific powers set forth below in Articles III, IV and V, but excluding those matters which my Attorney-in-Fact is not permitted to do as expressly provided in this Power of Attorney or as provided by law.

## ARTICLE III
## SPECIFIC POWERS RELATING TO PROPERTY

My Attorney-in-Fact may exercise the following powers relating to my property or interests in property that I now own or may hereafter acquire:

### A. Collection of Property.

The power to demand, sue for or use other lawful means to obtain, collect, and take possession and control of any sums of money, debts, checks, accounts, interest, dividends, annuities, rents, goods, chattels, inheritances, insurance benefits, Social Security benefits, unemployment benefits, veteran's benefits, and any other claims and rights whatsoever which are now or may hereafter become due, owing, payable or belonging to me, and to compromise, settle, arbitrate, abandon or otherwise deal with any such claims;

### B. Sale or Other Disposition of Property.

The power to sell, exchange, quitclaim, convert, partition, grant an option on, abandon, or otherwise dispose of all or any part of my real or personal property or my interest in such property, including, but not limited to, automobiles, stocks, bonds, and real estate owned by me individually, as a tenant in common, as a tenant by the entirety or otherwise, upon any terms and conditions;

### C. Acquisition and Retention of Investments.

The power to acquire and retain for any period of time as investments, without diversification as to kind or amount, any real or personal property, or any interest in such property, including an undivided, temporary or remainder interest, income-producing or non-income producing, located within or outside the United States, and including, but not limited to, notes, U.S. Treasury Bonds redeemable at par in payment of federal estate tax, any other bonds, debentures, mortgages and other obligations, secured or unsecured, common and preferred stocks, mutual funds, legal and discretionary trust funds, general and limited partnership interests, annuities, leases and securities of any corporate Attorney-in-Fact or any corporation owning stock of any corporate Attorney-in-Fact or of any subsidiary or affiliate of or successor to such corporation;

### D. Management of Property.

The power to take possession, custody, and control and otherwise manage any of my real or personal property, or my interest in such property, including, but not limited to, the power (i) to protect, develop, subdivide and consolidate such property, (ii) to lease such property upon any terms and conditions, including options to renew or purchase, and for any period or periods of time, and to modify, renew or extend any existing leases, (iii) to erect, repair, or make improvements to any building or other property and to remove existing structures, (iv) to establish and maintain reserves for the maintenance, protection and improvements of such property and for other purposes, (v) to initiate or continue farming, mining or timber operations on such property, (vi) to purchase and carry casualty and liability insurance, (vii) to grant or release easements with respect to such property, (viii) to dedicate or withdraw from dedication such property for public use, and (ix) to join with co-owners in exercising any such powers;

---

### E. Business Interests.

The power to continue to own, or to form initially, and operate any business interest, whether in the form of a proprietorship, corporation, general or limited partnership, joint venture or other organization, including, but not limited to, the power (i) to effect incorporation, dissolution or other change in the form of the organization of such business interest, (ii) to dispose of any part of such business interest or acquire the interest of others, (iii) to continue, enter into, modify or terminate any agreements relating to any such business interest, and (iv) to invest capital or additional capital in or lend money to such business interest;

### F. Borrowing Money.

The power (i) to borrow money for my benefit from my Attorney-in-Fact, individually, or from others, upon any terms and conditions, (ii) to secure the payment of any amount so borrowed by mortgaging, pledging or otherwise encumbering any of my real or personal property, or my interest in such property, and (iii) to modify, renew or extend the time for payment of any obligation, secured or unsecured, payable by me for any period or periods of time and upon any terms and conditions;

### G. Lending Money.

The power (i) to lend money to any person upon any terms and conditions, (ii) to modify, renew or extend the time for payment of any obligation, secured or unsecured, payable to me for any period or periods of time and upon any terms and conditions, and (iii) to foreclose, as an incident to the collection of any obligation, any deed of trust or other lien securing such obligation, to bid on the property at such foreclosure sale or otherwise acquire the property without foreclosure, and to retain the property so obtained;

### H. Holding Property in Nominee Form.

The power to register and hold any securities or other property in the name of a nominee or in any other form without disclosure of the agency relationship, or to hold the same in such form that they will pass by delivery;

### I. Exercise of Security Rights.

With regard to securities of mine, including stocks, bonds and any evidence of indebtedness, the power (i) to vote any such securities in person or by special, limited or general proxy at any shareholders' meeting, (ii) to consent to or participate in any contract, lease, mortgage, foreclosure, voting trust, purchase, sale or other action by any corporation, company or association, (iii) to consent to or participate in, facilitate and implement any plan of incorporation, reincorporation, reorganization, consolidation, merger, liquidation, readjustment or other similar plan with respect to any such corporation, company or association, and (iv) to exercise all options, rights and privileges, including the exercise or sale of conversion, subscription or other rights of whatever nature pertaining to any such securities, and to subscribe for additional securities or other property;

---

Durable Power of Attorney of Valerie L. Kandarc

Page 3

**J. Gifts.**

The power to make gifts of my real or personal property or my interest in such property to my children and grandchildren (including any child or grandchild of mine who may be acting as my Attorney-in-Fact), in amounts excluded from federal gift tax by reason of the annual gift exclusion or exclusion for certain medical or educational expenses pursuant to the provisions of Section 2503 (b) and (c) of the Internal Revenue Code (or any successor provision thereto) in effect at the time the gifts are made. Gifts may be made in such manner as my Attorney-in-Fact may deem appropriate, including, but not limited to, outright gifts, gifts in trust, or gifts to a custodian under a uniform gifts or transfers to minors act, if, in the opinion of my Attorney-in-Fact, such gifts are advisable for tax purposes and the value of my remaining property is more than sufficient to provide for the continued support and medical care of my dependents and me in accordance with our customary standard of living;

**K.   Transfer of Property to and Withdrawal of Property from Revocable Trust.**

The power to assign, transfer and convey all or any part of my real or personal property, or my interest in such property, to, and withdraw such property from, (i) any revocable trust established by me during my lifetime, or (ii) any revocable trust established by my Attorney-in-Fact during my lifetime which directs the trustee or trustees to administer the trust for my benefit;

**L. Renunciations.**

The power to renounce or disclaim in whole or in part the right of succession to any real or personal property or interest in such property passing to me as an heir or beneficiary under a will or otherwise when in the opinion of my Attorney-in-Fact a renunciation or declaimer is advisable for tax purposes; and

**M. Qualified Retirement Plans and Individual Retirement Accounts.**

The power to manage qualified retirement plans and individual retirement accounts, including, but not limited to, (i) the exercise of all rights, privileges, elections, and options that I have with regard to any individual retirement account, or any account in any pension, profit sharing, stock bonus, Keogh, or other retirement plan or similar arrangement; (ii) making withdrawals therefrom; (iii) determining forms of payments on my behalf, or my beneficiaries; (iv) making, changing or altering investment decisions; (v) changing custodians or trustees; (vi) making or completing rollovers, direct "trustee to trustee" or similar type transfers of the assets, rights or other benefits of such retirement plans or individual retirement accounts.

# ARTICLE IV
## SPECIFIC POWERS RELATING TO SUPPORT, PERSONAL AFFAIRS AND HEALTH CARE

My Attorney-in-Fact may exercise the following powers relating to support, personal affairs and health care:

### A. Support.

The power to do any acts, including disbursing of any monies belonging to me, which, in the opinion of my Attorney-in-Fact, may be necessary or proper for any purpose in connection with the support and maintenance of my dependents and me in accordance with our customary standard of living, including, but not limited to, provisions for housing, clothing, food, transportation, recreation, education, and employment of any person whose services may be needed for such purposes;

### B. Personal Affairs.

The power to do any acts, including the disbursing of any monies belonging to me, which, in the opinion of my Attorney-in-Fact, may be necessary or proper in connection with the conduct of my personal affairs, including, but not limited to, (i) continuation, use or termination of any charge or credit accounts, (ii) payments or contributions to any charitable, religious or educational organizations, (iii) dealing with my mail and representing me in any matter concerning the U.S. Postal Service, (iv) continuation or discontinuation of my membership in any club or other organization, and (v) on my behalf, acceptance of or resignation, from any offices or positions which I may hold, including any fiduciary positions; and

### C. Health Care.

The power to disburse any monies belonging to me, which, in the opinion of my Attorney-in-Fact, may be necessary or proper for any purpose in connection with the health care of my dependents and me; for any care, treatment, service or procedure to maintain, diagnose, treat, or provide for my physical or mental health or personal care and comfort and that of my dependents, including, but not limited to, the power to pay for the charges of health care providers, such as any physician, dentist, chiropractor or podiatrist and any hospital, nursing or convalescent home, or other institution.

# ARTICLE V
## MISCELLANEOUS SPECIFIC POWERS

My Attorney-in-Fact may exercise the following miscellaneous powers:

### A. Tax Matters.

The power to perform any and all acts that I might perform with respect to any and all federal, state, local and foreign taxes, for prior tax years as well as for tax years ending subsequent to the date of this Power of Attorney, including, but not limited to, the power (i) to make, execute and file returns, amended returns, powers of attorney, and declarations of estimated tax, joint or otherwise, (ii) to represent me before any office of the Internal Revenue Service or other taxing authority with respect to any audit or other tax matter involving any tax year or period, (iii) to receive confidential information, (iv) to receive, endorse, and collect checks refunding taxes, penalties or interest, (v) to execute waivers of restrictions on assessment or collection of deficiencies in tax, (vi) to execute consents extending the statutory period for assessment or collection of taxes, (vii) to execute and prosecute protests or claims for refund or applications for correction of assessed value, (viii) to execute closing agreements, (ix) to prosecute, defend, compromise or settle any tax matter, and (x) to delegate authority to or substitute another agent or attorney respecting any such taxes or tax matters;

### B. Banking Transactions.

The power (i) to make deposits in or withdrawals from any account of mine in any banking, trust or investment institution, whether such account is in my name or in the joint names of myself and any other person, (ii) to open any account or interest with any such institution in my name or in the name of my Attorney-in-Fact or in our names jointly, (iii) to endorse any checks or negotiable instruments payable to me for collection or deposit to such accounts and to sign, execute and deliver checks or drafts on such accounts, and (iv) to exercise any right, option or privilege pertaining to any account, deposit, certificate of deposit, or other interest with any such institution;

### C. Safe Deposits.

The power (i) to have access to any safe deposit box held in my name or in the joint names of myself and any other person, (ii) to lease one or more safe deposit boxes for safekeeping of my assets, and (iii) to deal with the contents of any safe deposit box, including the removal of such contents;

### D. Legal and Other Actions.

The power to cause to be commenced, prosecuted, defended, appealed, compromised, settled, arbitrated or discontinued in my name as plaintiff or defendant, as the case may be, any legal or equitable proceedings, judicial or administrative;

**E. Employment of Advisors.**

The power to employ persons, firms and corporations to advise or assist my Attorney-in-Fact, including, but not limited to, agents, accountants, auditors, brokers, attorneys-at-law, custodians, investment counsel, rental agents, realtors, appraisers and tax specialists; and

**F. Legal Documents.**

The power to make, execute, endorse, acknowledge, and deliver any and all instruments under seal, oath, verification or otherwise, including, but not limited to, receipts, endorsements, releases, compromises, deeds, leases, mortgages, deeds of trust, security agreements, contracts, assignments, options, stock powers, proxies, promissory notes, bonds, financing statements, subordination agreements, checks, negotiable instruments and satisfactions of mortgages, deeds of trust and security agreements, and inter vivos trusts, whether revocable or irrevocable for my benefit during my lifetime and/or the benefit of my descendants after my death.

## ARTICLE VI
## RESTRICTIONS ON EXERCISE OF POWERS BY
## ATTORNEY-IN-FACT

Notwithstanding the grant of powers in this Power of Attorney, my Attorney-in-Fact shall have no power (i) to deal with insurance policies I may own on the life of an Attorney-in-Fact, or any other person or (ii) except as specifically authorized by this Power of Attorney to cause assets to pass to my Attorney-in-Fact or in discharge of the legal obligations of my Attorney-in-Fact, whether by inter vivos transfer, designation of beneficiary of any contract or in any other manner.

## ARTICLE VII
## EFFECT OF SUBSEQUENT DISABILITY OF PRINCIPAL

This Power of Attorney is executed pursuant to the laws and statutes of the Commonwealth of Virginia and shall not be affected or terminated by my subsequent disability, incapacity or mental incompetence, and all acts done or performed by my Attorney-in-Fact pursuant to this Power of Attorney during such disability, incapacity or mental incompetence on my part shall bind me as fully as if I were not subject to such disability, incapacity or mental incompetence.

# ARTICLE VIII
## ADMINISTRATIVE PROVISIONS

### A. Conservatorship Provision.

If it becomes necessary for a court to appoint a conservator of my property, I nominate my Attorney-in-Fact acting under this document to be the conservator of my property, to serve without bond or security.

### B. Accountings.

It shall be the duty of my Attorney-in-Fact to keep full and accurate inventories and accounts of all transactions for me as my agent. Such inventories and accounts shall be made available for inspection upon request by me or by my conservator or personal representative. My Attorney-in-Fact shall not be required to file any inventory or accounts with any court or clerk.

### C. Reliance of Third Parties on Attorney-in-Fact.

1. No person who relies in good faith upon the authority of or any representations by my Attorney-in-Fact shall be liable to me, my estate, my heirs, successors, assigns, or personal representatives, for actions or omissions by my Attorney-in-Fact.

2. The powers conferred on my Attorney-in-Fact by this document may be exercised by my Attorney-in-Fact alone, and my Attorney-in-Fact's signature or act under the authority granted in this document may be accepted by persons as fully authorized by me and with the same force and effect as if I were personally present, competent, and acting on my own behalf. All acts performed in good faith by my Attorney-in-Fact pursuant to this Power of Attorney are done with my consent and shall have the same validity and effect as if I were present and exercised the powers myself, and shall inure to the benefit of and bind me, my estate, my heirs, successors, assigns, and personal representatives. The authority of my Attorney-in-Fact pursuant to this Power of Attorney shall be superior to and binding upon my family, relatives, friends, and others.

### D. Removal and Resignation of Attorney-in-Fact.

I shall have the right to remove an Attorney-in-Fact at any time in a writing signed by me and acknowledged before a notary public and delivered to the Attorney-in-Fact in person or to such person's last known address by certified or registered mail, return receipt requested. An Attorney-in-Fact shall have the right to resign in a writing signed by the Attorney-in-Fact and acknowledged before a notary public and delivered to me and to any other Attorney-in-Fact acting under this Power of Attorney or, if none, to the named successor Attorney-in-Fact, if any, in person or to such person's last known address by certified or registered mail, return receipt requested.

---

### E. Partial Invalidity.

If any part of this Power of Attorney is declared invalid or unenforceable under applicable law, such decision shall not affect the validity of the remaining parts.

### F. Revocation of Power of Attorney.

If this Power of Attorney has not been recorded in an office of the Clerk of the Circuit Court in any county or city in Virginia, then in addition to the methods of revocation provided herein, this Power of Attorney may be revoked by my execution and acknowledgement, in the manner provided for execution of durable powers of attorney in the Code of Virginia of a subsequent Power of Attorney, a copy of which is delivered to the Attorney-in-Fact acting under this Power of Attorney in person or to such person's last known address by certified or registered mail, return receipt requested.

### G. Duty and Limited Liability of Attorney-in-Fact.

This Power of Attorney does not impose a duty on my Attorney-in-Fact to exercise granted powers, but when a power is exercised, my Attorney in-Fact shall use due care to act in my best interests and in accordance with this document. My Attorney-in-Fact and my Attorney-in-Fact's estate, heirs, successors and assigns are hereby released and forever discharged by me, my estate, my heirs, successors and assigns and personal representatives from all liability and from all claims or demands of all kinds arising out of the acts or omissions of my Attorney-in-Fact pursuant to this document, except for willful misconduct or gross negligence.

### H. Relation of Attorney-in-Fact to Health Care Agent.

Any decision affecting my property or financial affairs, including a decision as to the disbursement of monies belonging to me, which is made by my Health Care Agent appointed pursuant to a Health Care Power of Attorney shall be superior to and binding upon my Attorney-in-Fact acting under this Power of Attorney, and my Attorney-in-Fact acting under this Power of Attorney shall not be required to inquire into whether any such decision is necessary to exercise powers relating to health care, or whether costs incurred by the Health Care Agent are reasonable, and shall not be liable to me, my estate, my heirs, successors and assigns and personal representatives for any acts or omissions arising from any such decision.

### I. Compensation of Attorney-in-Fact.

My Attorney-in-Fact shall not receive compensation for services rendered under this Power of Attorney. My Attorney-in-Fact shall be entitled to reimbursement for reasonable costs and expenses incurred during the exercise of the powers and duties granted herein.

I have signed and sealed this Power of Attorney on December 17, 2018.

_Valerie L. Kandare_ _____ (SEAL)

Valerie L. Kandare

The declarant signed the foregoing Durable Power of Attorney in my presence.

_Rhonda A. Riker_ _____

_James Kandare_ _____

STATE OF VIRGINIA
CITY OF CHESAPEAKE, to-wit:

Subscribed, sworn, and acknowledged before me by Valerie L. Kandare, the declarant; and subscribed and sworn before me by _Rhonda A. Riker_ _____ and _LAURA KANDARE_ _____, witnesses, on December 17, 2018.

Witness my hand and official seal.

JOHN CUSSEN
NOTARY PUBLIC
REGISTRATION # 188705
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
NOVEMBER 30, 2019

Notary Public

EXHIBIT B

Date:

Re: Letter of Lack of Capacity

To whom it may concern,

I am the treating physician of _Valerie Kandare_ . I am licensed to practice medicine in the state of California. Based upon my education, experience, treatment and observation of _Mental Status_ . He/She seems to lack decisional capacity to make His/Her own financial decision and sign a Trust, Will, Power of Attorney, and Advanced Health Care Directive.

He/She is currently under doctor supervision for the following diagnosis:

_Dementia, Possible Alzheimer's_ .

and as a result, He/She lacks mental capacity.

Signed this _20th_ day of _August_ , 20 _19_ in _Temecula_ , California.

Signature: _Branko Huisa, MD_

Printed Name: _Branko Huisa, MD_

License Number: _A108574_

EXHIBIT




# Temecula Center for Integrative Medicine

To whom it may concern,

I am the primary care physician for Valerie Kandare (DOB 9/16/37). She has been diagnosed with Dementia (most likely Alzheimer's type) based on clinical history, brain imaging and objective memory testing. I don't consider her to be of sound enough mind to manage her affairs and I am recommending she no longer drive, live alone, or manage her finances independently. I recommend these activities be directed and managed by her legal power of attorney.

Regards,

Jonathan Vellinga M.D.

Temecula Center for Integrative Medicine

27450 Ynez Rd Ste. 100

Temecula, CA 92591

951-383-4333

## EA-110  Temporary Restraining Order

Clerk stamps date here when form is filed.

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 17 2019

S. Cribbs

*Person in ① must complete items ①, ② and ③ only.*

### ① Protected Elder or Dependent Adult

a. Full Name: Valerie Kandare

☑ Person requesting protection for the elder or dependent adult, if different *(person named in item ③ of form EA-100):*

Full Name: Joanne Gillies

Lawyer for person named above *(if any, for this case):*

Name: Rachel King                State Bar No.:300298

Firm Name: King Law Firm Attorneys at Law, Inc.

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*

Address: 25109 Jefferson Ave., Suite 215

City: Murrieta        State: CA     Zip: 92562

Telephone: 951-834-7715        Fax: 951-319-7129

E-Mail Address: rachel@thelawyerking.com

*Fill in court name and street address:*

Superior Court of California, County of

SUPERIOR COURT OF CALIFORNIA
County of Riverside
41002 County Center Drive, Suite 100
Temecula, CA 92591

*Court fills in case number when form is filed.*

Case Number: **PRMC 1900930**

### ② Restrained Person

Full Name: Anthony Wesley Kandare

Description:

| | | | |
|---|---|---|---|
| Sex: ☑ M ☐ F | Height: 5'10" | Weight: 170 | Date of Birth: 07/31/1995 |
| Hair Color: Brown | Eye Color: Hazel | Age: 54 | Race: Caucasian |

Home Address *(if known):* 1643 Shady Side Dr.

City: Edgewater                State: MD    Zip: 21037

Relationship to Protected Person: Son

### ③ ☑ Additional Protected Persons

In addition to the elder or dependent adult named in ①, the following family or household members or conservator of that person are protected by the temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Relation to Protected Person |
|---|---|---|---|---|
| Jeffrey Gillies | M | | ☑ Yes ☐ No | Son In Law |
| Joanne Gillies | F | | ☑ Yes ☐ No | Daughter |

☐ *Check here if there are additional protected persons. List them on an attached sheet of paper and write "Attachment 3—Additional Protected Persons" as a title. You may use form MC-025, Attachment.*

### ④ Expiration Date

*This Order expires at the end of the hearing scheduled for the date and time below:*

Date: 09/27/19        Time: 10:00AM    ☒ a.m. ☐ p.m.

**This is a Court Order**

**Temporary Restraining Order**
**(CLETS-TEA or TEF)**
**(Elder or Dependent Adult Abuse Prevention)**

EA-110, Page 1 of 6

Case Number:
**PRMC1900930**

## To the Person in ❷ :

The court has issued the temporary orders checked as granted below. If you do not obey these orders, you can be arrested and charged with a crime. You may have to go to jail for up to one year, pay a fine of up to $1,000, or both.

**⑤ Personal Conduct Orders**

☐ **Not Requested**   ☐ **Denied Until the Hearing**   ☒ **Granted as Follows:**

a.  You must **not** do the following things to the elder or dependent adult named in ①

*MC* ——— ☒—and to the other protected persons listed in ③ :

   (1) ☒ Physically abuse, financially abuse, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, harass, destroy personal property of, or disturb the peace of the person.

*MC* ——— (2) ☒ ~~Contact~~ the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text messages, by fax, or by other electronic means.

   (3) ☐ Take any action to obtain the person's address or location. If this item ③ is not checked, the court has found good cause not to make this order.

   (4) ☒ Other (specify):
      ☐ Other personal conduct orders are attached at the end of this Order on Attachment 5a(4).
      _4. Request or receive any funds from_
      _protected party_
      _5. Initiate any discussion of this order_
      _with protected party_

b.  Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order. However, you may have your papers served by mail on the person in ①.

**⑥ Stay-Away Orders**

☐ **Not Requested**   ☒ **Denied Until the Hearing**   ☐ **Granted as Follows:**

a.  You must stay at least  100  yards away from (check all that apply):

   (1) ☒ The elder or dependent adult in ①        (5) ☒ The vehicle of the person in ①
   (2) ☒ Each person in ③                         (6) ☐ Other (specify):
   (3) ☒ The home of the elder or                 _____
       dependent adult                            _____
   (4) ☒ The job or workplace of the elder        _____
       or dependent adult                         _____

b.  This stay-away order does not prevent you from going to or from your home or place of employment.

**⑦ Move-Out Order**

☒ **Not Requested**   ☐ **Denied Until the Hearing**   ☐ **Granted as Follows:**

You must immediately move out from and not return to (address):
_____
_____

## This is a Court Order.

Case Number: **PRMC1900930**

**⑧ No Guns or Other Firearms and Ammunition**

☒ **Not Issued** (financial abuse only)     ☐ **Granted as Follows:**

This order must be granted unless only financial abuse is alleged.

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. You must:
   (1) Sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.
   (2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns or firearms have been turned in, sold, or stored. *(You may use form EA-800, Proof of Firearms Turned In, Sold, or Stored, for the receipt.)*

c. ☒ The court has received information that you own or possess a firearm.

**⑨ Financial Abuse**

This case ☐ **does not**   ☒ **does**   involve **solely financial abuse** unaccompanied by force, threat, harassment, intimidation, or any other form of abuse.

**⑩ Possession and Protection of Animals**

☒ **Not Requested**   ☐ **Denied Until the Hearing**   ☐ **Granted as Follows** *(specify):*

a. ☐ The person in ① is given the sole possession, care, and control of the animals listed below, which are owned, possessed, leased, kept, or held by him or her, or reside in his or her household. *(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

_____

b. ☐ The person in ② must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**⑪ Other Orders**

☒ **Not Requested**   ☐ **Denied Until the Hearing**   ☐ **Granted as Follows** *(specify):*

_____

_____

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 11.

**This is a Court Order.**

Case Number: PRMC1900930

## To the Person in ❶ :

**⑫ Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☒ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☒ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the petitioner or the petitioner's lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agencies listed below to enter into CARPOS:

| Name of Law Enforcement Agency | Address *(City, State, Zip)* |
| --- | --- |
| | |
| | |

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 12.

**⑬ No Fee to Serve (Notify) Restrained Person**

If the sheriff or marshal serves this Order, he or she will do it for free.

**⑭** Number of pages attached to this Order, if any: _____

Date: 9-17-19 _____                                 _____
                                                        *Judicial Officer*

## This is a Court Order.

Case Number:
**PRMC1900930**

## Possession of Guns or Firearms

If the court grants the orders in item ⑧, you cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms that you have or control as stated in item ⑧. The court will require you to prove that you did so.

## Notice Regarding Nonappearance at Hearing and Service of Order

If you have been personally served with this Temporary Restraining Order and form EA-109, *Notice of Court Hearing*, but you do not appear at the hearing either in person or by a lawyer, and a restraining order that does not differ from this order except for the expiration date is issued at the hearing, a copy of the order will be served on you by mail at the address in item ②.

If this address is not correct or you wish to verify that the Temporary Restraining Order was converted into a restraining order at the hearing without substantive change, or to find out the duration of the order, contact the clerk of the court.

## After You Have Been Served With a Restraining Order

- Obey all the orders.
- Read form EA-120-INFO, *How Can I Respond to a Request for Elder or Dependent Adult Abuse Retraining Orders?*, to learn how to respond to this Order.
- If you want to respond, fill out form EA-120, *Response to Request for Elder or Dependent Adult Abuse Restraining Orders*, and file it with the court clerk. You do not have to pay any fee to file your response.
- You must have form EA-120 served on the person in ① (the person asking the court for protection of the elder or dependent adult or the elder or dependent adult if no other person is named in that item), or that person's attorney, by mail. You cannot do this yourself. The person who does the mailing should complete and sign form EA-250, *Proof of Service of Response by Mail*. File the completed proof of service with the court clerk before the hearing date or bring it with you to the hearing.
- In addition to the response, you may file and have declarations served signed by you and other persons who have personal knowledge of the facts. You may use form MC-030, *Declaration*, for this purpose. It is available from the clerk's office at the court shown on page 1 of this form or at *www.courts.ca.gov/forms*. If you do not know how to prepare a declaration, you should see a lawyer.
- Whether or not you file a response, you should attend the hearing. If you have any witnesses, they must also go to the hearing.
- At the hearing, the judge can make restraining orders against you that last for up to five years. Tell the judge why you disagree with the orders requested.

## Instructions for Law Enforcement

## Enforcing the Restraining Order

This order is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Restraining and Protective Orders System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, the agency must advise the restrained person of the terms of the order and then must enforce it. Violations of this order are subject to criminal penalties.

## This is a Court Order.

**Temporary Restraining Order (CLETS-TEA or TEF)**
(Elder or Dependent Adult Abuse Prevention)

Case Number: **PRMC1900930**

## Start Date and End Date of Orders

This order *starts* on the date next to the judge's signature on page 4. The order *ends* on the expiration date in item ④ on page 1.

## Arrest Required if Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6. Agencies are encouraged to enter violation messages into CARPOS.

## Notice/Proof of Service

The law enforcement agency must first determine if the restrained person had notice of the order. Consider the restrained person "served" (given notice) if (Pen. Code, § 836(c)(2)):

* The officer sees a copy of the Proof of Service or confirms that the Proof of Service is on file; or
* The restrained person was informed of the order by an officer.

An officer can obtain information about the contents of the order and proof of service in CARPOS. If proof of service on the restrained person cannot be verified, the agency must advise the restrained person of the terms of the order and then enforce it.

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The order can be changed only by another court order. (Pen. Code, § 13710(b).)

## Conflicting Orders—Priorities of Enforcement

**If more than one restraining order has been issued, the orders must be enforced according to the following priorities:** (See Pen. Code, § 136.2; Fam. Code, §§ 6383(h)(2), 6405(d).)

1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No-Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no-contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

*(Clerk will fill out this part.)*
### —Clerk's Certificate—

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _9-19-19_   Clerk, by _____, Deputy

**This is a Court Order.**

**EA-250** | **Proof of Service of Response by Mail**

*Clerk stamps date here when form is filed.*

**(1) Elder or Dependent Adult Seeking Protection**

Name: _____

**(2) Person From Whom Protection Is Sought**

Your Name: _____

**(3) Notice to Server**

The server must:
- Be 18 years of age or older.
- Be a resident of or employed in the county where the mailing took place.
- Not be listed in items (1), (3), or (6) of Form EA-100.
- Mail a copy of all documents checked in (4) to the person in (1).
- Complete and sign this form and give it to the person in (2).

*Fill in court name and street address:*

**Superior Court of California, County of**

*Fill in case number:*

**Case Number:**

## PROOF OF SERVICE BY MAIL

**(4)** I am 18 years of age or older and not a party to this proceeding. I live or am employed in the county where the mailing took place. I mailed the person in (1) a copy of all documents checked below:

a. Form EA-120, *Response to Request for Elder or Dependent Adult Abuse Restraining Orders* (completed)

b. ☐ Other *(specify):* _____

_____

**(5)** I placed copies of the documents checked above in a sealed envelope and mailed them as described below:

a. Mailed to *(name):* _____

b. To this address: _____

City: _____ State: _____ Zip: _____

c. On *(date):* _____ Mailed from: City: _____ State: _____

**(6) Server's Information**

Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____

*(If you are a registered process server):*

County of registration: _____ Registration number: _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

▶

_____     _____
*Type or print server's name*              *Server to sign here*

**Proof of Service of Response by Mail**
**(Elder or Dependent Adult Abuse Prevention)**

EA-250, Page 1 of 1

**EA-120**

## Response to Request for Elder or Dependent Adult Abuse Restraining Orders

Clerk stamps date here when form is filed.

### Use this form to respond to the *Request* (form EA-100)

- Read *How Can I Respond to a Request for Elder or Dependent Adult Abuse Restraining Orders?* (form EA-120-INFO) to protect your rights.
- Fill out this form and take it to the court clerk.
- Have someone age 18 or older—**not you**—serve the person requesting protection in ① by mail with a copy of this form and any attached pages. *(Use form EA-250, Proof of Service of Response by Mail.)*

① **Elder or Dependent Adult Seeking Protection**

Name: _____

☐ Name of person asking for the protection, if different *(This is the person named in item ③ of the request (form EA-100).)*

_____

Fill in court name and street address:

Superior Court of California, County of

② **Person From Whom Protection Is Sought**

a. Your Name: _____

Your Lawyer *(if you have one for this case)*

Name: _____ State Bar No.: _____

Firm Name: _____

Court fills in case number when form is filed

Case Number:

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____ Fax: _____

E-Mail Address: _____

Present your response and any opposition at the hearing. Write your hearing date, time, and place from form EA-109 item ③ here:

**Hearing Date** → Date: _____ Time: _____
Dept.: _____ Room: _____

**If you were served with a Temporary Restraining Order, you must obey it until the hearing. At the hearing, the court may make orders against you that last for up to five years.**

③ ☐ **Personal Conduct Orders**

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item ⑫ on page 4.)*

c. ☐ I agree to the following orders *(specify below or in item ⑫ on page 4)*:

_____
_____

④ ☐ **Stay-Away Orders**

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item ⑫ on page 4.)*

c. ☐ I agree to the following orders *(specify below or in item ⑫ on page 4)*:

_____
_____

**Response to Request for Elder or Dependent Adult Abuse Restraining Orders**
(Elder or Dependent Adult Abuse Prevention)

Case Number:

---

**⑤ ☐ Move-Out Orders**

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item ⑫ on page 4.)*

c. ☐ I agree to the following orders *(specify below or in item ⑫ on page 4):*

_____

_____

**⑥ ☐ Additional Protected Persons**

a. ☐ I agree that the persons listed in item ⑥ of form EA-100 may be protected by the order requested.

b. ☐ I do not agree that the persons listed in item ⑥ of form EA-100 may be protected by the order requested.

**⑦ Guns or Other Firearms and Ammunition**

**If you were served with form EA-110, *Temporary Restraining Order,* you cannot own or possess any guns, other firearms, or ammunition. (See item ⑧ of form EA-110.) You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms in your immediate possession or control within 24 hours of being served with form EA-110. You must file a receipt with the court. You may use form EA-800, *Proof of Firearms Turned In, Sold, or Stored* for the receipt.**

a. ☐ I do not own or control any guns or firearms.

b. ☐ I ask for an exemption from the firearms prohibition under Code of Civil Procedure section 527.9(f) because carrying a firearm is a condition of my employment, and my employer is unable to reassign me to another position where a firearm is unnecessary. *(Explain):*

☐ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "Attachment 7b—Firearms Surrender Exemption" as a title. You may use form MC-025, Attachment.*

_____

_____

_____

_____

c. ☐ I have turned in my guns and firearms to the police or sold them to or stored them with a licensed gun dealer.

A copy of the receipt   ☐ is attached.   ☐ has already been filed with the court.

**⑧ ☐ Possession and Protection of Animals**

a. ☐ I agree to the orders requested.

b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item ⑫ on page 4.)*

c. ☐ I agree to the following orders *(specify below or in item ⑫ on page 4):*

_____

_____

_____

_____

---

**Response to Request for Elder
or Dependent Adult Abuse Restraining Orders**
(Elder or Dependent Adult Abuse Prevention)

Case Number: 

**⑨ ☐ Other Orders**

    a. ☐ I agree to the orders requested.

    b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item ⑫ on page 4.)*

    c. ☐ I agree to the following orders *(specify below or in item ⑫ on page 4)*:

    _____

    _____

    _____

**⑩ ☐ Denial**

I did not do anything described in item ⑩ of form EA-100. *(Skip to ⑫)*

**⑪ ☐ Justification or Excuse**

If I did some or all of the things that the person in ① has accused me of, my actions were justified or excused for the following reasons *(explain)*:

☐ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "Attachment 11–Justification or Excuse" as a title. You may use form MC-025, Attachment.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Case Number: _____

(12) ☐ **Reasons I Do Not Agree to the Orders Requested**

*Explain your answers to each order requested that you do not agree with.*

☐ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "Attachment 12—Reasons I Disagree" as a title. You may use form MC-025, Attachment.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

(13) ☐ **Lawyer's Fees and Costs**

a. ☐ I ask the court to order payment of my   ☐ lawyer's fees   ☐ court costs.  The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper and write "Attachment 13—Lawyer's Fees and Costs" for a title. You may use form MC-025, Attachment.*

b. ☐ I ask the court to deny the request of the person asking for protection named in ① that I pay his or her lawyer's fees and costs.

(14) Number of pages attached to this form, if any: _____

Date: _____

_____     ▶ _____
Lawyer's name (if any)                                    Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: _____

_____     ▶ _____
Type or print your name                                   Sign your name

**Response to Request for Elder
or Dependent Adult Abuse Restraining Orders**
(Elder or Dependent Adult Abuse Prevention)

**EA-109**   **Notice of Court Hearing**

*Clerk stamps date here when form is filed.*

**1** **Elder or Dependent Adult in Need of Protection**

a.  Full Name: Valerie Kandare

☑  Person requesting protection for the elder or dependent adult, if different *(person named in Item* ③ *of Form EA-100)*:

Full Name:  Joanne Gillies

Lawyer for person named above *(if any for this case)*:

Name: Rachel King                    State Bar No.: 300298

Firm Name: King Law Firm Attorneys at Law, Inc.

b.  Address for person named above *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer, give information for the person requesting the order. If you want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*:

Address: 25109 Jefferson Ave., Suite 215

City: Murrieta                    State: CA    Zip: 92562

Telephone: 951-834-7715        Fax: 951-319-7129

E-Mail Address: rachel@thelawyerking.com

*Fill in court name and street address:*

Superior Court of California, County of Riverside 41002 County Center Drive #100 Temecula CA 92591 Temecula Courthouse

*Court fills in case number when form is filed.*

Case Number:
PRMC1900930

**2** **Person You Want Protection From**

Full Name: Anthony Wesley Kandare

*The court will complete the rest of this form.*

**3** **Notice of Hearing**

A court hearing is scheduled on the request for restraining orders against the person in ② :

| Hearing Date → | Date: 10/18/2019   Time: 10:00 AM | Name and address of court if different from above |
|---|---|---|
| | Dept.: T1   Room: _____ | |

**4** **Temporary Restraining Orders** *(Any orders granted are on Form EA-110, served with this notice.)*

a.  Temporary Restraining Orders for personal conduct and stay-away orders as requested in Form EA-100, *Request for Elder on Dependent Adult Abuse Restraining Orders* are (check only one box below):

(1) ☑ All **GRANTED** until the court hearing.

(2) ☐ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

Judicial Council of California, www.courts.ca.gov
New January 1, 2012, Mandatory Form
Welfare and Institutions Code, § 15657.03
Approved by DOJ

**Notice of Court Hearing**
(Elder or Dependent Adult Abuse Prevention)

EA-109, Page 1 of 3

→

**EA-115**   **Request to Continue Court Hearing**

Use this form to ask the court to change the hearing date listed on form EA-109, *Notice of Court Hearing*. Read EA-115-INFO, *How to Ask for a New Hearing Date*, for more information.

*Clerk stamps date here when form is filed.*

## FILED
Superior Court of California
County of Riverside

9/24/2019
A. Svitenko

**Electronically Filed**

(1) **Party Seeking Continuance**

a. Full Name:

Joanne Gillies attorney in fact for Valerie Kandare

I am the ☐ elder or dependent adult seeking protection.
☑ person requesting protection for the elder or dependent adult *(person named in item (3) of form EA-100)*:
☐ party from whom protection is sought.

Lawyer for person named above *(if any for this case)*:
Name: Rachel King    State Bar No.: 300298

Firm Name: King Law Firm Attorneys at Law, Inc.

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*

*Fill in court name and street address:*

Superior Court of California, County of Riverside
Temecula Courthouse
41002 County Center Drive #100
Temecula CA 92591

*Fill in case number.*

Case Number:
PRMC1900930

Address: 25109 Jefferson Ave., Suite 215
City: Murrieta    State: CA    Zip: 92562
Telephone: 951-834-7715    Fax: 951-319-7129
E-Mail Address: rachel@thelawyerking.com

(2) **Other Party**

Full Name: Anthony Kandare

(3) **Request to Continue Hearing**

a. I ask the court to continue the hearing currently scheduled for *(date)*: 09//27/2019

b. I request that the hearing be continued because *(check any that apply)*:

(1) ☑ The party from whom protection is sought could not be served before the hearing date.

(2) ☐ I am the party from whom protection is sought, and this is my first request to continue the hearing date.

(3) ☐ I need more time to hire a lawyer or prepare a response.

(4) ☑ Other good cause as stated   ☑ below   ☐ on Attachment 3b(4)

Protected party is unavailable on this date; restrained party has not been available for service.

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Welfare and Institutions Code, § 15657.03(n)

**Request to Continue Court Hearing**
**(Elder or Dependent Adult Abuse Prevention)**

EA-115, Page 1 of 2

**EA-115**    **Request to Continue Court Hearing**

Clerk stamps date here when form is filed.

Use this form to ask the court to change the hearing date listed on form EA-109, *Notice of Court Hearing*. Read EA-115-INFO, *How to Ask for a New Hearing Date*, for more information.

**① Party Seeking Continuance**

a. Full Name:

Joanne Gillies attorney in fact for Valerie Kandare

I am the
- ☐ elder or dependent adult seeking protection.
- ☑ person requesting protection for the elder or dependent adult *(person named in item ③ of form EA-100)*:
- ☐ party from whom protection is sought.

Lawyer for person named above *(if any for this case):*
Name: Rachel King        State Bar No.: 300298
Firm Name: King Law Firm Attorneys at Law, Inc.

b. **Your Address** *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*

Address: 25109 Jefferson Ave., Suite 215
City: Murrieta        State: CA    Zip: 92562
Telephone: 951-834-7715      Fax: 951-319-7129
E-Mail Address: rachel@thelawyerking.com

*Fill in court name and street address:*

Superior Court of California, County of Riverside
Temecula Courthouse
41002 County Center Drive #100
Temecula CA 92591

*Fill in case number.*

Case Number:
PRMC1900930

**② Other Party**

Full Name: Anthony Kandare

**③ Request to Continue Hearing**

a. I ask the court to continue the hearing currently scheduled for *(date):* 09//27/2019

b. I request that the hearing be continued because *(check any that apply):*

(1) ☑ The party from whom protection is sought could not be served before the hearing date.

(2) ☐ I am the party from whom protection is sought, and this is my first request to continue the hearing date.

(3) ☐ I need more time to hire a lawyer or prepare a response.

(4) ☑ Other good cause as stated    ☑ below    ☐ on Attachment 3b(4)

Protected party is unavailable on this date; restrained party has not been available for service.

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Welfare and Institutions Code, § 15657.03(n)

**Request to Continue Court Hearing**
**(Elder or Dependent Adult Abuse Prevention)**

EA-115, Page 1 of 2