Case Number: PRMCF900950

c. (1) ☐ This is my first request for a continuance.
   (2) ☐ The hearing has previously been continued ____ times.

④ **Extension of Temporary Restraining Order**

a. ☐ A *Temporary Restraining Order* (Form EA-110) was issued on *(date):* _____
   Please attach a copy of the order if you have one.

b. **Notice: If the hearing date is continued, the *Temporary Restraining Order* will remain in effect until the end of the new hearing unless otherwise ordered by the court.**

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 9/23/2019

Rachel King
*Type or print your name*
☑ Attorney   ☐ Party Without Attorney

▶ *Signature:* [signed] Rachel

| EA-116 | **Order on Request to Continue Hearing** | Clerk stamps date here when form is filed. |
|---|---|---|

Complete items ①, ②, and ③ only.

**① Protected Person**
Full Name: Valerie Kandare

**② Restrained Person**
Full Name: Anthony Kandare

**③ Person Seeking Continuance**
I am the ☒ person in ① ☒ person in ②
Your Lawyer (if you have one for this case):
Name: Rachel King   State Bar No.: 300298
Firm Name: King Law Firm Attorneys at Law, Inc.
Your Address (If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)
Address: 25109 Jefferson Ave., Suite 215
City: Murrieta   State: CA   Zip: 92562
Telephone: 951-834-7715   Fax: 951-319-7129   E-Mail: rachel@thelawyerking.com

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
OCT 18 2019
B/p   B Grammer

Fill in court name and street address:
Superior Court of California, County of Riverside 41002 County Center Drive #100 Temecula CA 92591 Temecula Courthouse

Fill in case number:
Case Number: PRMC1900930

**④ Order on Request for Continuance**
a. The hearing in this matter is currently scheduled for (date): ~~09/27/2019~~ 10-18-19 at (time): 10:00 am
b. ☐ The request for a continuance is DENIED for the reasons set forth ☐ below ☐ on Attachment 4b

_____
_____
_____

The hearing shall be held as currently scheduled in a, above. The *Temporary Restraining Order* (form EA-110) issued on (date): _____ remains in full force and effect until the hearing date.

c. ☒ The request for a continuance is GRANTED as set forth below.

**⑤ Order for Continuance and Notice of New Hearing**
The court hearing on the *Request for Elder or Dependent Adult Abuse Restraining Orders* (form EA-100) is continued and rescheduled as follows:

| New Hearing Date | Date: 11-18-19  Time: 10:00 a.m.  Dept.: T1  Room: _____ | Name and address of court if different from above: |
|---|---|---|

The extended *Temporary Restraining Order* (form EA-110) expires at the end of this hearing.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Welfare and Institutions Code, § 15657.03(n)

**Order on Request to Continue Hearing
(CLETS TEA or TEF)
(Elder and Dependent Adult Abuse Prevention)**

EA-116, Page 1 of 4

| Case Number: |
|---|
| PRMC1900930 |

## ⑥ Reason for the Continuance

a. The continuance is needed because:
   (1) ☒ ~~The person in ② was not served before the current hearing date.~~
   (2) ☒ The person in ② asked for a first continuance of the hearing.
   (3) ☐ The person in ② asked for more time to hire a lawyer or prepare a response.
   (4) ☒ Other good cause as stated   ☐ below   ☐ on Attachment 6a(4)
   ~~Protected party is unavailable on this date; restrained party has not been served.~~

b. ☐ The court finds good cause and orders a continuance in its discretion.

## ⑦ Extension of Temporary Restraining Order

a. ☐ No Temporary Restraining Order was issued in this case.
b. ☒ Extension of the *Temporary Restraining Order* (TRO; form EA-110) issued on *(date):* 09/27/2019
   until the new hearing date is:
   (1) ☒ GRANTED. There are no changes to the TRO except for the expiration date. The TRO remains in effect until the end of the hearing in ⑤.
   (2) ☐ GRANTED AS MODIFIED. The TRO is modified. See the attached modified order. Any orders on the attached form remain in effect until the end of the hearing in ⑤.
   (3) ☐ DENIED and the Temporary Restraining Order is TERMINATED for the reasons stated
       ☐ below   ☐ on Attachment 7b(3)

**Warning and Notice to the Person in ②**

**If ⑦ b(1) or b(2) is checked, you must continue to obey the Temporary Restraining Order until it expires at the end of the hearing scheduled in ⑤.**

## ⑧ ☐ Other Orders *(specify):*

☐ Other orders are attached at the end of this Order on Attachment 8.

**This is a Court Order.**

Revised July 1, 2016    **Order on Request to Continue Hearing**    EA-116, Page 2 of 4
**(CLETS TEA or TEF)**
**(Elder and Dependent Adult Abuse Prevention)**

Case Number: _____

**⑨ Service of Order**

a. ☒ No further service of this Order is required because both parties were present at the initial hearing date in item 4a, and both were given a signed copy of this Order.

b. ☐ The court granted the person in ①'s request to continue the hearing date. A copy of this Order must be served on the person in ② at least ____ days before the hearing in ⑤.

   (1) ☐ All other documents requesting elder and dependent adult abuse restraining orders as shown in form EA-109, *Notice of Court Hearing*, item ⑤ must be personally served on the person in ②.

   (2) ☐ The *Temporary Restraining Order* (form EA-110) has been modified and must be personally served on the person in ②.

   (3) ☐ A copy of the *Temporary Restraining Order* must NOT be served because extension of the order is denied in item 7b(3).

c. ☐ The court granted the person in ②'s request to continue the hearing date. A copy of this Order must be served on the person in ① at least ____ days before the hearing in ⑤. A copy of the *Temporary Restraining Order* (form EA-110) must be personally served if it was modified by the court in item 7b(2).

d. ☒ All documents must be personally served unless otherwise specified below.

_____
_____
_____
_____
_____

**⑩ No Fee to Serve (Notify) Restrained Person**

If the sheriff or marshal serves this Order, he or she will do it for free.

**⑪ Mandatory Entry of Order Into CARPOS Through CLETS**

If a continuance is granted, the court or its designee will transmit this form within one business day to law enforcement personnel for entry into the California Restraining and Protective Order System (CARPOS) via the California Law Enforcement Telecommunications System (CLETS).

Date: 10-18-19

_____
Judicial Officer

**This is a Court Order.**

Case Number: _____

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms.htm* for *Request for Accommodations by Persons with Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

*Clerk's Certificate*
*[seal]*

I certify that this *Order on Request to Continue Hearing* is a true and correct copy of the original on file in the court.

Date: _____ Clerk, by _____, Deputy

**This is a Court Order.**