# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE GILLIES,<br><br>PLAINTIFF(S)<br>v.<br>ANTHONY KANDARE, ET AL.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>EDCV 19-2113-JGB (KKx)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____     _____
Date                                              United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☐ Other: _____

Comments:

Respondent is asserting jurisdiction on the basis of diversity. For the reasons set forth in the Order Remanding Case to State Court, Respondent has not satisfied his burden of establishing by a preponderance of the evidence that the amount in controversy exceeds $75,000. See 28 U.S.C. § 1332(a). Hence, the District Court lacks jurisdiction over this action.

November 7, 2019                                     /s/ Kenly
Date                                                              United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☒ This case is hereby REMANDED to state court.

November 7, 2019                                     /s/ JGB
Date                                                              United States District Judge

CV-73 (08/16)                    ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*