

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

November 7, 2019

 Riverside County Superior Court 
 41001 County Center 
 Temecula, CA 92591 

Re:  Case Number:     5:19–cv–02113–JGB–KK    
     Previously Superior Court Case No.     PRMC1900930    
     Case Name:      Joanne Gillies v. Anthony Kandare et al    

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     11/7/19    , the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Trina Debose*  
     Deputy Clerk
     trina_debose@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____         By: _____
Date                                Deputy Clerk